■ If a judge is subject to disqualification, the party concerned must complain promptly. He cannot be allowed to wait to see how the judge decides. In re United Shoe Machinery Corp., 276 F.2d 77, 79 (C.A.1, 1960).

An order will be entered dismissing the appeal under Rule 39(b) of this court.

Before MOORE, FRIENDLY and MARSHALL, Circuit Judges.

PER CURIAM.

After having received one continuance, petitioner failed to appear for trial. The Tax Court did not abuse its discretion in dismissing the case.

Affirmed.

---

**Minniola O. MILLER, Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 178, Docket 26702.

United States Court of Appeals
Second Circuit.

Argued Feb. 20, 1962.

Decided March 27, 1962.

Minniola O. Miller, pro se.

Richard J. Heiman, Department of Justice, Washington, D. C. (Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Department of Justice, Washington, D. C., on the brief), for respondent.

**Francis L. HARNEY, Jr., Defendant, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**Charles H. LAWTON, Jr., Defendant, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**James S. O'CONNELL, Defendant, Appellant,**

v.

**UNITED STATES of America, Appellee.**

Nos. 5956–5958.

United States Court of Appeals
First Circuit.

March 30, 1962.

